IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 3:03-CV-02912-D |
| MUTUALS.COM, INC., CONNELY DOWD MANAGEMENT, INC., MTT FUNDCORP, INC., RICHARD SAPIO, ERIC McDONALD, and MICHELE LEFTWICH, | § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO DISMISS

Defendants MUTUALS.com, Inc.; Connely Dowd Management; MTT Fundcorp, Inc.; Richard Sapio; Eric McDonald and Michele Leftwich move to dismiss the Complaint filed against them by the U.S. Securities and Exchange Commission ("SEC").

As is set out more fully in the Memorandum of Law supporting this motion, the SEC's claims against the Defendants should be dismissed because:

a. Defendants did not receive fair notice that their alleged conduct might be deemed to violate the federal securities laws;

b. the SEC failed to state a claim upon which relief may be granted as required by Federal Rule of Civil Procedure 12(b)(6); and

c. the SEC failed to plead its claims with sufficient particularity as required by Federal Rule of Civil Procedure 9(b).

**WHEREFORE**, Defendants pray that this Court dismiss the SEC's Complaint against them.

Respectfully submitted,

/s/ Michael D. Napoli
Michael D. Napoli
State Bar No. 14803400

KIRKPATRICK & LOCKHART LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201-6966
(214) 939-4900 (Telephone)
(214) 939-4949 (Facsimile)

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Stephen G. Topetzes
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 778-9000 (Telephone)
(202) 778-9100 (Facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Defendants' Motion to Dismiss was served by certified mail, return receipt requested, on this 20th day of February 2004, on counsel of record:

>J. Kevin Edmundson
>U.S. Securities and Exchange Commission
>Fort Worth District Office
>801 Cherry Street, 19th Floor
>Fort Worth, TX 76102

Michael D. Napoli