IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:03-CV-2912-D |
| VS. | § § | |
| MUTUALS.COM, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

The March 3, 2005 motion of the United States for a continued stay of proceedings is granted. To reduce the administrative burdens on the court and the parties during the pendency of the stay, the court directs the clerk of court to close this case for statistical purposes. A party may move at any time for the court to reopen the case statistically and may move the court to lift the stay.

**SO ORDERED**.

March 30, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE