**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  ) | |
| ) | |
| Plaintiff,                                    ) | |
| v.                                               ) | |
| ) | Civil Action No. |
| MUTUALS.COM, INC.,                      ) | 3:03-CV-2912-D |
| CONNELY DOWD MANAGEMENT, INC.,   ) | |
| MTT FUNDCORP, INC.,                     ) | |
| RICHARD SAPIO,                           ) | |
| ERIC MCDONALD and                      ) | |
| MICHELE LEFTWICH,                      ) | |
| ) | |
| Defendants.                               ) | |
| ──────────────────────────────────  ) | |

## ORDER OF DISMISSAL

Plaintiff Securities and Exchange Commission has filed an Agreed Motion to Dismiss its

pending claims against Defendants Mutuals.com, Inc., Connely Dowd Management, Inc., MTT

Fundcorp Inc., Richard Sapio, Eric McDonald and Michele Leftwich in the above-captioned

cause with prejudice.  The Court, having considered the submission of counsel for the parties,

hereby GRANTS the motion and orders that all of Plaintiff's claims against Defendant are

DISMISSED with prejudice to refiling same.

**SO ORDERED**.

October 29, 2007.


_____
SIDNEY A. FITZWATER

UNITED STATES DISTRICT JUDGE